# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL HALL,<br>   Plaintiff,<br><br>   v.<br><br>ALLIED CONSTRUCTION SERVICES, INC.,<br><br>   Defendant. | CIVIL ACTION<br><br>No. 14-5802 |

# ORDER

YOHN, J.                              April 14, 2015

**AND NOW**, this 14th day of April, 2015, upon consideration of Allied Construction Services, Inc.'s motion to dismiss under Fed. R. Civ. P. 12(b)(1) (Doc. 17), Paul Hall's response thereto, and Allied's reply thereto, **IT IS HEREBY ORDERED** that the motion to dismiss Hall's second amended complaint is **DENIED**.

                                     s/William H. Yohn Jr.
                                     William H. Yohn Jr., Judge